UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| POINTCLEAR SOLUTIONS, INC., ) | Case No. 18-83286-CRJ-11 |
| Tax ID/EIN: 20-4961564 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## RESPONSE TO MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL

Comes now, Progress Bank and Trust ("Progress"), an under-secured creditor of the Debtor, who states unto the Court as follows:

1. Debtor filed for protection under Chapter 11 of the United States Bankruptcy Code on November 2, 2018.

2. Debtor is continuing the operation and management of its business as a Debtor-in-Possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. Progress has a perfected security interest in all accounts receivable of Debtor, and the proceeds thereof.

4. Section 363 of the Bankruptcy Code prohibits Debtor's use of cash collateral unless (a) either Progress consents; or (b) after notice and a hearing, the Court authorizes such use in accordance with the requirements of Section 363 of the Bankruptcy Code.

5. Progress has not consented to the use of the collateral in which it has a security interest.

6. Progress was only served yesterday with notice (required by either Section 363(c)(2)(B) of the Bankruptcy Code or Rule 4001(b) of the Federal Rules of Bankruptcy Procedure) of today's hearing by Debtor seeking court authorization to use cash collateral.

7. Debtor's use of cash collateral in which Progress has an interest violates Section 363©, (e), and (f) of the Bankruptcy Code and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure.

8. Progress does not have, and has not been offered adequate protection.

9. As grounds for such use of Progress' cash collateral, Debtor's Motion states only that Debtor anticipates being profitable in the next three months. Debtor's "anticipation" of being profitable is not sufficient adequate protection.

10. Progress is under-collateralized in that Debtor's obligation to Progress exceeds the fair/value of its collateral.

WHEREFORE, Progress requests that this Court (a) enter an Order prohibiting the Debtor from using any cash collateral in which Progress has an interest until Debtor complies with Section 363 of the Bankruptcy Code and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure; or (b) enter such Order without a hearing or in the alternative, after notice and a prompt hearing enter such an Order. Progress requests such additional, further, and other relief as this Court deems just and proper.

/s/ S. Dagnal Rowe
S. Dagnal Rowe
WILMER & LEE, P.A.
Attorneys for Progress Bank and Trust
Post Office Box 2168
Huntsville, Alabama 35804
(256) 533-0202
drowe@wilmerlee.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon the Debtor, PointClear Solutions, Inc., 908 Merchants Walk, Huntsville, AL 35801, Stuart M. Maples, Esq., Maples Law Firm, P.C., 200 Clinton Avenue, West, Suite 1000, Huntsville, AL 35801, and each of the parties or entities listed on the attached Creditor Matrix, by placing same in the United States mail, properly addressed and postage prepaid on this 7th day of November, 2018.

/s/ S. Dagnal Rowe
S. Dagnal Rowe

```
Label Matrix for local noticing          PointClear Solutions, Inc.             U. S. Bankruptcy Court
1126-8                                   908 Merchants Walk                     400 Well Street
Case 18-83286-CRJ11                      Huntsville, AL 35801-5248              P. O. Box 2775
NORTHERN DISTRICT OF ALABAMA                                                    Decatur, AL 35602-2775
Decatur
Wed Nov  7 06:11:46 CST 2018

*5421 Equities, LLC                      *6th Man Movers                        *Alabama Department of
c/o Olmstead                             309 Hermitage Ave                      Revenue
Properties Inc.                          Nashville, TN 37210-2156               Withholding Tax Section
575 Eighth Ave.                                                                 PO Box 327483
STE 2400                                                                        Montgomery, AL  36132-7483
New York, NY 10018-3024

*Atlanta Office Technologies             *Derek Dean                            *Gateway Poplar, Inc.
TIAA Commercial                          3012 Piper Way                         Commons
Finance, Inc. PO Box 911608              Hoover, AL 35244-3355                  File #54948
Denver, CO 80291-1608                                                           Los Angeles, CA  90074-4948

*Internal Revenue                        *Internal Revenue Service              *Jared B. Lisenby
Service Centralized Insolvency           P.O. Box 7346                          2865 North Hills Dr. NE
Operations                               Philadelphia, PA  19101-7346           Atlanta, GA 30305-3269
PO Box 7346
Philadelphia, PA 19101-7346

*Michael Green                           *Michael S. Atkins                     *Progress Bank
445 Abbeywood Dr.                        5628 Cedar Rock Dr                     201 Williams
Roswell, GA 30075-3284                   Nashville, TN 37211-6731               Avenue
                                                                                Huntsville, AL 35801-4308

*Proximity                               *Secretary of the Treasury             *Shawn Farrar
PO Box 759331                            1500 Pennsylvania Ave., NW             450 W 3rd St.
Baltimore, MD 21275-9331                 Washington, DC 20220-0001              Elmhurst, IL 60126-2552

*State of California                     *State of Illinois                     *State of New York
EDD                                      IDES                                   NYC Department of Finance
PO Box 826215 MIC                        PO Box 19300                           PO Box 3933
3A                                       Springfield, IL 62794-9300             New York, NY  0008-3933
Sacramento, CA 94230-6215

*Thadd Selden                            *Tiffani Collins                       *U.S. Securities and Exchange Commission
6017 Holstein Way                        1047 Valley Crest Dr                   Regional Director, Branch of Reorganizat
Sacramento, CA 95822-2950                Hoover, AL 35226-5031                  Atlanta Regional Office, Suite 900
                                                                                950 East Paces Ferry Road
                                                                                Atlanta, GA 30326-1180

*United States Attorney                  *United States Attorney General        *United States Bankruptcy Administrator
Northern District of Alabama             U.S. Department of Justice             Northern District of Alabama
1801 Fourth Avenue North                 950 Pennsylvania Avenue, NW            1800 Fifth Avenue North
Birmingham, AL 35203-2101                Washington DC 20530-0001               Birmingham, AL 35203-2111

Richard M Blythe                         Stuart M Maples                        End of Label Matrix
United States Bankruptcy Administrator   Maples Law Firm, PC                    Mailable recipients    28
PO Box 3045                              200 Clinton Avenue W.                  Bypassed recipients     0
Decatur, AL 35602-3045                   Suite 1000                             Total                  28
                                         Huntsville, AL 35801-4919
```