# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Progress Bank | Asset Account | 4500 | $582.07 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.** $582.07
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   | 7.1. Security Deposits | $73,419.21 |
   |---|---|

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

   | 8.1. Prepaid taxes | $22,718.00 |
   |---|---|

| 9. | **Total of Part 2.** | $96,137.21 |
|---|---|---|
|  | Add lines 7 through 8. Copy the total to line 81. |  |

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 156,959.37 | - | 0.00 | = .... | $156,959.37 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 25,052.93 | - | 0.00 | = .... | $25,052.93 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 12. | **Total of Part 3.** | $182,012.30 |
|---|---|---|
|  | Current value on lines 11a + 11b = line 12. Copy the total to line 82. |  |

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>office chairs, coffee tables, refrigerators, workstation chairs, benching workstations, private office units, conference room furniture/chairs | $129,213.00 | Tax records | $129,213.00 |

| Debtor | PointClear Solutions, Inc. | Case number (If known) 18-83286-11 |
|---|---|---|
| | Name | |

| 40. | Office fixtures | | | |
|---|---|---|---|---|
| 41. | Office equipment, including all computer equipment and communication systems equipment and software Apple iPads, Motorola tablets, Samsung monitors, keyboards, MacBook Pros, Microsoft Surfaces, Dell UltraSharp, Mac Mini, Google glasses, MacBook Airs, IP phone & equipment, tv | $42,710.00 | Tax records | $42,710.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $171,923.00 |
| 44. | Is a depreciation schedule available for any of the property listed in Part 7? ■ No ☐ Yes | | | |
| 45. | Has any of the property listed in Part 7 been appraised by a professional within the last year? ■ No ☐ Yes | | | |

**Part 8: Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. Does the debtor own or lease any real property?

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites pointclearsolutions.com worryfreelabs.com | $1,500,000.00 | | Unknown |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations | | | |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**  $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                          Current value of
                                                                                          debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
    Key Man Life Insurance on David Karabinos - term life
    policy                                                                                $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                  $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor **PointClear Solutions, Inc.** Case number (If known) 18-83286-11
      Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $582.07 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $96,137.21 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $182,012.30 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $171,923.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $450,654.58 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $450,654.58 |

| Fill in this information to identify the case: |
|---|
| Debtor name: **PointClear Solutions, Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA |
| Case number (if known): **18-83286-11** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Progress Bank
Creditor's Name

201 Williams Avenue
Huntsville, AL 35801
Creditor's mailing address

jbuchanan@myprogressbank.com
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
**Revolving Line of Credit**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,193,272.00    $0.00

---

**2.2** Progress Bank
Creditor's Name

201 Williams Avenue
Huntsville, AL 35801
Creditor's mailing address

jbuchanan@myprogressbank.com
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien

Describe the lien
**Term Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$1,570,303.45    $0.00

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Progress Bank |  |  |  |
|---|---|---|---|---|
|  | Creditor's Name | Describe debtor's property that is subject to a lien | $15,370.40 | $0.00 |

201 Williams Avenue
Huntsville, AL 35801
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

jbuchanan@myprogressbank.com
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $2,778,945.85

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**Withholding Tax Section**<br>**PO Box 327483**<br>**Montgomery, AL 36132-7483** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,312.17 | $9,312.17 |
| Date or dates debt was incurred | Basis for the claim:<br>**Withholding Tax** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Charles D. McCormick**<br>**2972 County Road 107**<br>**Bremen, AL 35033** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,850.00 | $12,850.00 |
| Date or dates debt was incurred<br>**5/15/18 - 6/15/18** | Basis for the claim:<br>**Deferred Compensation** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address<br>**Christopher J. Karabinos**<br>**1020 Fairway Estates NW**<br>**Brookhaven, GA 30319** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,924.92 | $3,924.92 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**5/15/18** | Basis for the claim:<br>**Deferred Compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**David K. Karabinos**<br>**22 Asbury Rd**<br>**Huntsville, AL 35801** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,850.00 | $12,850.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**9/28/18 - 10/15/18** | Basis for the claim:<br>**Deferred Compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Georgia Department of Revenue**<br>**Taxpayer Services Div**<br>**PO Box 105499**<br>**Atlanta, GA 30348** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,213.11 | $1,213.11 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $174,168.99 | $174,168.99 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | PointClear Solutions, Inc. | Case number (if known) | 18-83286-11 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.7 | **Priority creditor's name and mailing address**<br>**State of California**<br>**EDD**<br>**PO Box 826215 MIC 3A**<br>**Sacramento, CA 94230** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,996.18 | $5,996.18 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | **Priority creditor's name and mailing address**<br>**State of Illinois**<br>**IDES**<br>**PO Box 19300**<br>**Springfield, IL 62794** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,492.37 | $2,492.37 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9 | **Priority creditor's name and mailing address**<br>**State of New York**<br>**NYC Department of Finance**<br>**PO Box 3933**<br>**New York, NY 10008-3933** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,525.00 | $1,525.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**5421 Equities, LLC**<br>**c/o Olmstead Properties Inc.**<br>**575 Eighth AVE, STE 2400**<br>**New York, NY 10018** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,515.23 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **NYC Office Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**6th Man Movers**<br>**309 Hermitage Ave**<br>**Nashville, TN 37210** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,570.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | PointClear Solutions, Inc. | Case number (if known) | 18-83286-11 |

### 3.3 Nonpriority creditor's name and mailing address
Atlanta Office Technologies  
TIAA Commercial Finance, Inc.  
PO Box 911608  
Denver, CO 80291  

Date(s) debt was incurred __  
Last 4 digits of account number __  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Office copier/printer lease**  
Is the claim subject to offset? ■ No ☐ Yes  

**$1,790.70**

---

### 3.4 Nonpriority creditor's name and mailing address
Charles D. McCormick  
2972 County Road 107  
Bremen, AL 35033  

Date(s) debt was incurred **6/15/17 - 5/15/18**  
Last 4 digits of account number __  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Employee Deferred Compensation**  
Is the claim subject to offset? ■ No ☐ Yes  

**$94,725.33**

---

### 3.5 Nonpriority creditor's name and mailing address
Christopher J. Karabinos  
1020 Fairway Estates NW  
Brookhaven, GA 30319  

Date(s) debt was incurred **2/28/18 - 5/15/18**  
Last 4 digits of account number __  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Deferred Compensation**  
Is the claim subject to offset? ■ No ☐ Yes  

**$30,899.98**

---

### 3.6 Nonpriority creditor's name and mailing address
David K. Karabinos  
22 Asbury Rd  
Huntsville, AL 35801  

Date(s) debt was incurred __  
Last 4 digits of account number __  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: __  
Is the claim subject to offset? ■ No ☐ Yes  

**$393,973.64**

---

### 3.7 Nonpriority creditor's name and mailing address
David K. Karabinos  
22 Asbury Rd  
Huntsville, AL 35801  

Date(s) debt was incurred **6/15/17 - 9/28/18**  
Last 4 digits of account number __  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Deferred Compensation**  
Is the claim subject to offset? ■ No ☐ Yes  

**$195,352.87**

---

### 3.8 Nonpriority creditor's name and mailing address
David K. Karabinos  
22 Asbury Rd  
Huntsville, AL 35801  

Date(s) debt was incurred __  
Last 4 digits of account number __  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Guarantor Deferred Interest Payments**  
Is the claim subject to offset? ■ No ☐ Yes  

**$189,840.42**

---

### 3.9 Nonpriority creditor's name and mailing address
Derek Dean  
3012 Piper Way  
Hoover, AL 35244  

Date(s) debt was incurred **4/30/17 - 12/31/17**  
Last 4 digits of account number __  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Deferred Compensation**  
Is the claim subject to offset? ■ No ☐ Yes  

**$4,511.76**

---

| | | |
|---|---|---|
| Debtor | **PointClear Solutions, Inc.** | Case number (if known) **18-83286-11** |

| 3.10 | Nonpriority creditor's name and mailing address<br>**Gateway Poplar, Inc.**<br>**Brentwood Commons**<br>**File #54948**<br>**Los Angeles, CA 90074-4948**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Nashville Office Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | **$80,160.89** |
|---|---|---|---|
| 3.11 | Nonpriority creditor's name and mailing address<br>**Jared B. Lisenby**<br>**2865 North Hills Dr. NE**<br>**Atlanta, GA 30305**<br>Date(s) debt was incurred **5/31/17 - 12/15/17**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Deferred Compensation**<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,535.33** |
| 3.12 | Nonpriority creditor's name and mailing address<br>**Michael Green**<br>**445 Abbeywood Dr.**<br>**Roswell, GA 30075**<br>Date(s) debt was incurred **6/30/17 - 12/31/17**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Deferred Compensation**<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,012.23** |
| 3.13 | Nonpriority creditor's name and mailing address<br>**Michael S. Atkins**<br>**5628 Cedar Rock Dr**<br>**Nashville, TN 37211**<br>Date(s) debt was incurred **4/30/17 - 4/30/18**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Deferred Compensation**<br>Is the claim subject to offset? ■ No ☐ Yes | **$24,047.35** |
| 3.14 | Nonpriority creditor's name and mailing address<br>**Neal C. Evans**<br>**3703 Dunbarton Dr.**<br>**Birmingham, AL 35223**<br>Date(s) debt was incurred **6/15/17 - 10/31/17**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Deferred Compensation**<br>Is the claim subject to offset? ■ No ☐ Yes | **$29,058.01** |
| 3.15 | Nonpriority creditor's name and mailing address<br>**Proximity**<br>**PO Box 759331**<br>**Baltimore, MD 21275**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Offshore Supplier**<br>Is the claim subject to offset? ■ No ☐ Yes | **$39,604.40** |
| 3.16 | Nonpriority creditor's name and mailing address<br>**Shawn Ewing**<br>**1708 Lillian St.**<br>**Nashville, TN 37206**<br>Date(s) debt was incurred **4/30/17 - 4/30/18**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Deferred Compensation**<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,999.53** |

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 5 of 6
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 18-83286-CRJ11 Doc 24 Filed 11/15/18 Entered 11/15/18 13:21:20 Desc Main
Document  Page 12 of 16

| | | |
|---|---|---|
| Debtor | **PointClear Solutions, Inc.** | Case number (if known) **18-83286-11** |
| | Name | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Shawn Farrar<br>450 W 3rd St.<br>Elmhurst, IL 60126<br><br>Date(s) debt was incurred **4/30/17 - 12/31/17**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Deferred Compensation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,039.03** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Thadd Selden<br>6017 Holstein Way<br>Sacramento, CA 95822<br><br>Date(s) debt was incurred **4/30/17 - 12/31/17**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Deferred Compensation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,511.76** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Thomas A. White<br>414 Endfinger Lane<br>Talladega, AL 35160<br><br>Date(s) debt was incurred **4/30/17 - 4/30/18**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Deferred Compensation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24,567.92** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Tiffani Collins<br>1047 Valley Crest Dr<br>Birmingham, AL 35226<br><br>Date(s) debt was incurred **4/30/17 - 12/31//17**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Deferred Compensation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,066.06** |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 224,332.74 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,195,782.44 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,420,115.18 |

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 6 of 6
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 18-83286-CRJ11    Doc 24    Filed 11/15/18    Entered 11/15/18 13:21:20    Desc Main
Document    Page 13 of 16

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PointClear Solutions, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | **18-83286-11** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | NYC Office Lease | |
| | State the term remaining | 5/31/2019 | 5421 Equities, LLC<br>c/o Olmstead Properties Inc.<br>575 Eighth AVE, STE 2400<br>New York, NY 10018 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Office Copier/Printer Lease | |
| | State the term remaining | 2/16/2020 | Atlanta Office Technologies<br>TIAA Commercial Finance, Inc.<br>PO Box 911608<br>Denver, CO 80291 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Nashille Office Lease | |
| | State the term remaining | 9/30/2025 | Gateway Poplar, Inc.<br>Brentwood Commons<br>File #54948<br>Los Angeles, CA 90074-4948 |
| | List the contract number of any government contract | | |

| | Fill in this information to identify the case: |
|---|---|
| Debtor name | **PointClear Solutions, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | **18-83286-11** |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*  *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Karabinos Living Trust | | Progress Bank | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

# United States Bankruptcy Court
## Northern District of Alabama

In re **PointClear Solutions, Inc.**     Case No. **18-83286-11**
Debtor(s)     Chapter **11**

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:
1. Gross Income For 12 Months Prior to Filing:    $ **6,640,740.97**

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:
2. Gross Monthly Income    $ **352,206.00**

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:
| # | Item | Amount |
|---|------|-------:|
| 3 | Net Employee Payroll (Other Than Debtor) | $ 153,800.00 |
| 4 | Payroll Taxes | 43,000.00 |
| 5 | Unemployment Taxes | 0.00 |
| 6 | Worker's Compensation | 0.00 |
| 7 | Other Taxes | 4,000.00 |
| 8 | Inventory Purchases (Including raw materials) | 0.00 |
| 9 | Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10 | Rent (Other than debtor's principal residence) | 7,500.00 |
| 11 | Utilities | 0.00 |
| 12 | Office Expenses and Supplies | 1,500.00 |
| 13 | Repairs and Maintenance | 7,780.00 |
| 14 | Vehicle Expenses | 0.00 |
| 15 | Travel and Entertainment | 0.00 |
| 16 | Equipment Rental and Leases | 0.00 |
| 17 | Legal/Accounting/Other Professional Fees | 4,850.00 |
| 18 | Insurance | 16,263.00 |
| 19 | Employee Benefits (e.g., pension, medical, etc.) | 3,250.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| Marketing | 1,000.00 |
| Child Support | 1,566.00 |
| HR | 500.00 |

22. Total Monthly Expenses (Add items 3-21)    $ **245,009.00**

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:
23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $ **107,197.00**