| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PointClear Solutions, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | **18-83286-11** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................... $ 450,654.58

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................... $ 450,654.58

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ $ 2,778,945.85

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................. $ 224,332.74

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............. +$ 1,195,782.44

4. **Total liabilities** ............................................................................................................. $ 4,199,061.03
   Lines 2 + 3a + 3b