IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| POINTCLEAR SOLUTIONS, INC., | ) | CASE NO. 18-83286-CRJ11 |
| EIN: XX-XXX1564 | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

## MOTION TO CONTINUE HEARING

COMES NOW Stuart M. Maples, as counsel for Debtor, and requests a continuance of the hearing currently scheduled on June 3, 2019, and as grounds therefore states that counsel is scheduled to undergo an unexpected medical procedure on the same day.

WHEREFORE, premises considered, Stuart M. Maples, as counsel for Debtor, prays that the hearing on this matter currently scheduled for June 3, 2019, be continued to the next available docket and for such other and further relief as this Court deems just and proper.

Respectfully submitted on May 31, 2019.

*/s/ Stuart M. Maples*
STUART M. MAPLES
(ABS-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

# CERTIFICATE OF SERVICE

       I do hereby certify that on May 31, 2019, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

20 Largest Unsecured Creditors

All parties requesting notice

All parties on the matrix attached hereto

                                    */s/ Stuart M. Maples*
                                    STUART M. MAPLES

2

Case 18-83286-CRJ11　　Doc 154　　Filed 05/31/19　　Entered 05/31/19 12:31:24　　Desc
Main Document　　Page 2 of 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 17-81562-CRJ12<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Fri May 31 12:14:49 CDT 2019 | Citizens Community Bank<br>c/o Jeffrey L. Cook<br>P, O. Box 5585<br>Huntsville, AL 35814-5585 | FNB BANK<br>1535 SOUTH BROAD STREET<br>SCOTTSBORO, AL 35768-2608 |
| Farm and Freight, LLC<br>1306 Grace Street<br>Huntsville, AL 35801-5727 | First Jackson Bank<br>c/o James T. Baxter III, Esq.<br>P.O. Box 165<br>Huntsville, AL 35804-0165 | Harris Farms, LLC<br>2008 Gurley Pike<br>Gurley, AL 35748-9279 |
| Helena chemical Company<br>c/o Frank E. Bankston, Jr.<br>P.O. Box 239<br>Montgomery, AL 36101-0239 | Madison County Cooperative, Inc.<br>c/o Chad W. Ayres<br>P. O. Box 2168<br>Huntsville, AL 35804-2168 | Stephens Appraisal Services, LLC<br>203 Eastside Square, Ste 2<br>Huntsville, AL 35801-8818 |
| Upfront Holding, LLC<br>403 Andrew Jackson Way<br>Huntsville, AL 35801-3631 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | A. Mac Martinson<br>Martinson & Beason, PC<br>115 North Side Sq.<br>Huntsville, AL 35801-4822 |
| AG Direct<br>PO Box 2409<br>Omaha, NE 68103-2409 | AGCO Finance LLC<br>PO Box 2000<br>Johnston, IA 50131-0020 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | CNH Industrial Capital Ameria, LLC<br>P.O. Box 3600<br>New Holland, PA 17604-3600 | CNH Industrial Capital America LLC<br>PO Box 3600, Lancaster, PA 17604-3600 |
| Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Capital One<br>PO Box 60599<br>North Hollywood, CA 91616 | Citizens Community Bank<br>1418 Dinah Shore Blvd.<br>Winchester, TN 37398-1112 |
| Darrin K. Isbell<br>1333 Salty Bottom jRd.<br>Madison, AL 35758 | FNB<br>206 South First Street<br>Pulaski, TN 38478 | FNB<br>402 Broad St.<br>Scottsboro, AL 35768-1706 |
| Farm Credit Services of America, PCA, servic<br>c/o S. Dagnel Rowe, Wilmer & Lee, P.A.<br>Huntsville, AL 35801 | Frank Smith, Jr.<br>903 Co. Rd. 421<br>Cullman, AL 35057-2639 | Helena Chemical Company<br>c/o Frank E. Bankstop, Jr., Esq.<br>PO Box 239<br>Montgomery, AL 36101-0239 |
| Herbert H. Bowden<br>656 Honeycomb Rd.<br>Grant, AL 35747-9378 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John Deere Financial<br>6400 NW 86th St.<br>PO Box 6600<br>Johnston, IA 50131-6600 |

| | | |
|---|---|---|
| John Deere Financial, f.s.b.<br>PO Box 6600<br>Johnston, IA 50131-6600 | Joyce White Vance<br>US Attorney General<br>1801 4th Ave North<br>Birmingham, AL 35203-2101 | Kubota Credit Corporation<br>PO Box 2046<br>Grapevine, TX 76099-2046 |
| Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Loretta Lynch US Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Luther Strange<br>Alabama Attorney General<br>PO Box 300152<br>Montgomery, AL 36130-0152 |
| Lynda Hall, Tax Collector of Madison CO, AL<br>100 Northside Square, Room 116<br>Huntsville, AL 35801-8815 | Madison County Cooperative<br>PO Box 68<br>Hazel Green, AL 35750-0068 | Madison County Cooperative, Inc.<br>483 Jack Thomas Road<br>Toney, AL 35773-8534 |
| Mike Bean<br>5116 Colemont Lane<br>Huntsville, AL 35811-1004 | Monsanto Company<br>c/o Parnell & Parnell, P.A.<br>P.O. Box 2189<br>Montgomery, AL 36102-2189 | PHI Financial Services, Inc.<br>PO Box 1000<br>Johnston, IA 50131-9411 |
| PHI Financial Services, Inc.<br>c/o Parnell & Parnell, P.A.<br>P.O. Box 2189<br>Montgomery, AL 36102-2189 | State of Alabama<br>Department of Revenue Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Tim McCarrell<br>2511 Aberdeen Rd.<br>Birmingham, AL 35223-1009 |
| Douglas Richie Harris<br>138 Autumn Spring Drive<br>Gurley, AL 35748-9203 | Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | Stuart M Maples<br>Maples Law Firm<br>200 Clinton Ave. West, Ste. 1000<br>Huntsville, AL 35801-4919 |
| Stuart M Maples<br>Maples Law Firm, PC<br>200 Clinton Avenue W.<br>Suite 1000<br>Huntsville, AL 35801-4919 | Tazewell Shepard<br>Tazewell Shepard, Trustee<br>PO Box 19045<br>Huntsville, AL 35804-9045 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Farm Credit Services of America, PCA, serv<br>c/o S. Dagnal Rowe', Wilmer & Lee,<br>Huntsville | (d)Farm and Freight, LLC<br>1306 Grace Street<br>Huntsville, AL 35801-5727 | (d)First Jackson Bank<br>c/o James T. Baxter III, Esq.<br>P.O. Box 165<br>Huntsville, AL 35804-0165 |
| (d)Upfront Holding, LLC<br>403 Andrew Jackson Way<br>Huntsville, AL 35801-3631 | (u)Darrin Isbell | End of Label Matrix<br>Mailable recipients    49<br>Bypassed recipients    5<br>Total                  54 |